**David Earl JONES, Plaintiff-Appellant,**

v.

**Paul G. BUTLER, Jr.; Willis J. Fowler; Anthony E. Rand; Derrick Wadsworth, Defendants-Appellees,**

and

**Beverly Perdue; Patrick L. McCrory, Defendants.**

No. 16-6001

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2016

Decided: June 14, 2016

David Earl Jones, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before SHEDD, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Earl Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Butler, No. 5:14-ct-03142-D (E.D.N.C. Dec. 15, 2015). We deny as unnecessary Jones' motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.